| | |
|---|---|
| 1 | Thomas P. Fehér  SBN 149944 |
| 2 | Franklin D. Gordon  SBN 121937<br>LEBEAU • THELEN, LLP |
| 3 | 5001 East Commercenter Drive, Suite 300<br>Post Office Box 12092 |
| 4 | Bakersfield, California  93389-2092<br>(661) 325-8962; Fax (661) 325-1127 |
| 5 | tfeher@lebeauthelen.com |

Attorneys for Golden Empire Transit District and Toddash Kim

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LATOYA JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN EMPIRE TRANSIT DISTRICT; TODDASH KIM; DOES 1 through 100,<br><br>Defendants. | Case No. 1:14-cv-01841-JLT<br><br>ORDER VACATING SETTLEMENT CONFERENCE; ORDER GRANTING STIPULATION TO EXTEND NON-EXPERT DISCOVERY<br><br>(Doc. 29) |

On November 25, 2015, counsel submitted a stipulation to continue the settlement conference, currently set on December 3, 2015.  (Doc. 29)  They explain that they have not completed discovery and are not prepared to discuss settlement.  Id.

Notably, in their mid-discovery status report, filed on October 9, 2015, they reported they were having some difficulties completing discovery due to health issues suffered by Plaintiff's counsel.  (Doc. 28 at 2)  At that time, they anticipated needing to take eight depositions which, apparently, they had not yet scheduled.  Their current stipulation does not explain the discovery that is still outstanding, but they request the Court extend the deadline for non-expert discovery to March.  This extension will mean that experts will have to be disclosed before the non-expert discovery deadline passes, but, presumably, counsel was aware of this when they suggested the March deadline.

///

1      Thus, good cause appearing, the Court **ORDERS**:

2      1.     The settlement conference, set on December 3, 2015 at 10:30 a.m., before the Honorable Michael J. Seng, is **VACATED**. Counsel may submit a joint request for a settlement conference to be set when they believe the case is in a settlement posture;

2,     The deadline to complete non-expert discovery is extended to **March 11, 2016**. **<u>No other changes to the case deadlines are authorized.</u>**

IT IS SO ORDERED.

   Dated:   **November 30, 2015**              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE