**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATOYA JOHNSON, | ) Case No.: 1:14-cv-01841 JLT |
| Plaintiff, | ) ORDER GRANTING STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE AND THE FILING OF THE JOINT PRETRIAL STATEMENT |
| v. | |
| GOLDEN EMPIRE TRANSIT DISTRICT and TODDASH KIM, | (Doc. 51) |
| Defendants. | |

The parties have agreed to engage in mediation on September 29, 2016. (Doc. 51) Thus, they'd like to avoid the cost of preparing their joint pretrial statement until after they determine whether the matter will settle. Id. at 1-2. Thus, the Court **ORDERS**:

1. The stipulation to continue the pretrial conference is **GRANTED**. The pretrial conference is **CONTINUED** to **October 31, 2016** at 9:00 a.m.

2. Counsel **SHALL** file their joint pretrial statement no later than **October 24, 2016**.

IT IS SO ORDERED.

Dated: **September 26, 2016**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1