**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LATOYA JOHNSON, | ) | Case No.: 1:14-cv-01841 JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 53) |
| GOLDEN EMPIRE TRANSIT DISTRICT and TODDASH KIM, | ) ) ) ) | |
| Defendants. | ) | |

The parties have settled their case. (Doc. 53)  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **November 18, 2016**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 13, 2016**          /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE